IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00996-KLM

KIMBERLY HINES,

    Plaintiff,

v.

PENRAD IMAGING, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Amend Answer (Unopposed)** [#16] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#16] is **GRANTED**. The Clerk of Court is directed to accept Defendant's Amended Answer [#16-1] for filing as of the date of this Minute Order.

    Dated:  June 24, 2014